AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| First Biotech Inc. and Shandong Fufeng Fermentation Co., Ltd. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Newest Biotech Inc.; Akso Industries LLC; Akso Inc.; Linlin Wu; Wenlong Li; and John Goldwater. <br><br> *Defendant(s)* | Civil Action No. 8:25-cv-00768 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Akso Industries LLC
c/o Registered Agent
Wenlong Li
5328 Angeles Crest Hwy
La Canada Flintridge, CA 91011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel A. Solitro
Troutman Pepper Locke LLP
350 South Grand Ave
Suite 3400
Los Angeles, CA 90071
daniel.solitro@troutman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*